UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America,** *ex rel.* <br> **Christopher Carzoli,** *et al.* <br><br> **Relators,** <br><br> v. <br><br> **L88 Investments,** *et al.* <br><br> **Defendants** | Civil Action No. 16-01878 (APM) <br><br> **FILED UNDER SEAL** <br> **PURSUANT TO 31 U.S.C. §3729,** *et seq.* |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, Relators, Christopher Carzoli and Manfred Hanspeter, by and through their respective undersigned counsel, hereby respectfully requests the dismissal of this action without prejudice. Counsel for the Relator has conferred with Counsel for the United States, and the United States has advised it will file a notice of consent.

Respectfully submitted,

David L. Scher, Esq.
R. Scott Oswald, Esq.
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Tel: (202) 261-2802
Fax: (202) 261-2835
dscher@employmentlawgroup.com
soswald@employmentlawgroup.com

Gary M. Gilbert, Bar No. 15808
Gilbert Employment Law, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Tel: (301) 608-0880;
Fax: (301) 608-0881
gary-efile@gelawyer.com

*Attorneys for Relators*

1

## Certificate of Service

I hereby certify that the foregoing Notice of Dismissal without Prejudice was filed on via hand-delivery to the U.S. District Court for the District of Columbia and mailed by first-class mail to:

Heather Graham-Oliver
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, NW
Washington, D.C. 20530

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| United States of America, *ex rel.* Christopher Carzoli, *et al.* <br><br> Relators, <br><br> v. <br><br> L88 Investments, *et al.* <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 16-01878 (APM) <br> ) <br> ) **FILED UNDER SEAL** <br> ) **PURSUANT TO 31 U.S.C. §3729,** *et seq.* <br> ) <br> ) |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Notice of Dismissal Without Prejudice, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice.

**SO ORDERD.**

Date: _____          _____
                                United States District Judge

3