**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **CHRISTOPHER CARZOLI,** *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>**L88 INVESTMENTS,** *et al.*, )<br><br>Defendants. ) | Civil Action No. 16-01878 (APM) |

## ORDER

Upon consideration of Relators' Notice of Voluntary Dismissal Without Prejudice (ECF No. 12) filed in this action, the United States of America's Notice of Consent to Dismissal, and pursuant to the False Claims Act, 31 U.S.C. §3730(b)(1), it is this 30th of July, 2018, ORDERED that:

1. This action is dismissed without prejudice as to the Relators and as to the United States;

2. All contents of the Court's file in this action shall remain under seal and not be made public, except for the Relators' Complaint, Relators' Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case.

SO ORDERED.

_____
United States District Judge